# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Leadfirst & Associates, Inc.,

    Plaintiff(s),

vs.

The Ohio State University Medical Center,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv161

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 10, 2006 Order.

July 13, 2006

FRANK G. JOHNS, CLERK

BY: *Cynthia Huntley*

Cynthia Huntley, Deputy Clerk